**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In Re: **DIXON, DOUGLAS,**　　　　　　　　　　　Case No.: 08-40555TLH4
　　　　**& DIXON, MICKIE**
　　　　　Debtors　　　　　　　　　　　　　　　Chapter:　　7
_____//

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS**
**PURSUANT TO 11 U.S.C. §347**

**COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** pursuant to 11 U.S.C. §347 and gives notice of the payment to the Clerk of the U.S. Bankruptcy Court for the Northern District of Florida, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 2PI | Internal Revenue Service | $440.73 |
| 2U | Attention Bankruptcy Specialist | $282.68 |
| 2UI | 400 W. Bay St., Ste 35045 | $ 12.27 |
| | Jacksonville, Florida 32202 | |

The checks mailed to the above address on August 12, 2010 was not negotiated by the creditor.

Dated this the 18th day of August 2010.

　　　　　　　　　　　　　　　　　　/s/ SHERRY F. CHANCELLOR
　　　　　　　　　　　　　　　　　　**SHERRY F. CHANCELLOR**
　　　　　　　　　　　　　　　　　　619 West Chase St.
　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　(850) 436-8445
　　　　　　　　　　　　　　　　　　Fla Bar No.: 434574
　　　　　　　　　　　　　　　　　　sherry.chancellor@yahoo.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the Internal

Revenue Service, Attention Bankruptcy Specialist, 400 West Bay Street, Suite 35045, Jacksonville, Florida 32202 by U.S. Mail this the 18th day of October 2010.

/s/ SHERRY F. CHANCELLOR
**SHERRY F. CHANCELLOR**
619 West Chase St.
Pensacola, Florida 32502
(850) 436-8445
Fla Bar No.: 434574
sherry.chancellor@yahoo.com